IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MANUEL ANTONIO,** § | |
| **AGUILAR-MARTINEZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:25-CV-1996-L-BK** |
| § | |
| **CAROLYN A. HILL,** § | |
| § | |
| Defendant. § | |

# **ORDER**

On October 20, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 9) ("Report") was entered, recommending that the court dismiss with prejudice this action as frivolous and failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) because: (1) Plaintiff is represented by appointed counsel in his criminal case and may not proceed pro se to seek mandamus relief relating to his criminal case; and (2) he has pleaded no facts establishing a plausible claim under the Mandamus Act. For the same reason, the magistrate judge recommends that Plaintiff not be allowed to amend his pleadings. No objections to the Report were filed, and the deadline for asserting objections has expired.

Having considered the pleadings, file, Report, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, pursuant to 28 U.S.C. §§ 1915(e)(2)(B), the court **dismisses with prejudice** this action as frivolous and failure to state a claim. Further, the court agrees that allowing Plaintiff to amend his pleadings would be futile and unnecessarily delay the resolution of this litigation.

**Order – Page 1**

The court prospectively **certifies** that any appeal of this action by Plaintiff would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court **incorporates by reference** the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the Report, the court concludes that any appeal of this action by Plaintiff would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). In the event of an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the clerk of the United States Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).

**It is so ordered** this 24th day of November, 2025.

Sam A. Lindsay
United States District Judge

Order – Page 2